## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

AUTO DATA DIRECT, INC.,
a Florida for Profit Corporation,

Plaintiff,

v.

Case No.: _____

POSTR, LLC., a Foreign Limited Liability
Company, LEE PERINE, individually,
YOTTA AUTOMATED SOFTWARE
SOLUTIONS, INC., a Foreign For-Profit
Corporation, ROBERT RIEGER, individually,

Defendants.

_____/

| EXHIBIT B |
| --- |

### DECLARATION OF LEE PERINE

Pursuant to 28 U.S.C. § 1746, I provide the following testimony under penalty of perjury:

1. My name is Lee Perine. I am over 21 years of age and am competent to testify in this matter as to the subjects set out below.
2. I am a resident of the State of California.
3. I am the sole member of Postr LLC ("Postr").
4. Postr is a California limited liability company which at all times has had its principal place of business in Los Angeles County, California.

I declare under penalty of perjury and subject to the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Lee Perine

1/20/2026

Date