# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

AUTO DATA DIRECT, INC.,
a Florida for Profit Corporation,

Plaintiff,

v.                                                                     Case No.: _____

POSTR, LLC., a Foreign Limited Liability
Company, LEE PERINE, individually,
YOTTA AUTOMATED SOFTWARE
SOLUTIONS, INC., a Foreign For-Profit
Corporation, ROBERT RIEGER, individually,

| EXHIBIT C |
| :-: |

Defendants.

_____/

## DECLARATION OF MARC BLOUIN

Pursuant to 28 U.S.C. § 1746, I provide the following testimony under penalty of perjury:

1. My name is Marc Blouin. I am over 21 years of age and am competent to testify in this matter as to the subjects set out below.

2. I am the Chief Financial Officer of Yotta Automated Software Solutions, Inc. ("Yotta"). I have held that position since September 1, 2024.

3. Yotta's principal place of business is in Sonoma County, California. That is the center of operations for Yotta and where Yotta's books and records are maintained. California is where its executive and administrative functions occur and are managed and directed.

I declare under penalty of perjury and subject to the provisions of 28 U.S.C. § 1746 that the foregoing is true and correct.

Signed by:

_____
Marc Blouin

1/21/2026
_____
Date

#14364631 v2