# Table 1

| | General Allegations | FUTSA (III) | Civil Conspiracy (II) | Tortious Interference (IV) | Fraudulent Misrepresentation (V) | FDUTPA (VI) |
|---|---|---|---|---|---|---|
| False/fraudulent access to DMV123 | ¶¶16, 21, 25, 34-35, 38, 39 | ¶¶16, 21, 25, 34-35, 38, 39, **72, 74, 77** | ¶¶16, 21, 25, 34-35, 38, 39, **50, 51, 52, 53, 54, 55, 56, 57, 58** | ¶¶16, 21, 25, 34-35, 38, 39 | ¶¶16, 21, 25, 34-35, 38, 39, **97, 99, 99** | ¶¶16, 21, 25, 34-35, 38, 39, **105** |
| Learning of the functionality, pricing, vendors, and other proprietary/confidential data | ¶¶26-33, 34, 39, 40 | ¶¶26-33, 34, 39, 40, **72, 74, 75, 76, 77** | ¶¶26-33, 34, 39, 40, **57, 58** | ¶¶26-33, 34, 39, 40 | ¶¶26-33, 34, 39, 40, **101** | ¶¶26-33, 34, 39, 40, **105** |
| Reverse engineering a substantially identical/replicated product | ¶¶36, 34, 38, 39 | ¶¶36, 34, 38, 39, **72, 73, 76, 77, 79** | ¶¶36, 34, 38, 39, **57, 58** | ¶¶36, 34, 38, 39, **93** | ¶¶36, 34, 38, 39, **101** | ¶¶36, 34, 38, 39, **105** |
| Marketing the product to consumers as substantially identical and competing with ADD | ¶¶36, 37, 41 | ¶¶36, 37, 41, **73, 76, 77, 78, 79, 80** | ¶¶36, 37, 41, **57, 58** | ¶¶36, 37, 41, **93, 94** | ¶¶36, 37, 41 | ¶¶36, 37, 41, **106, 107, 108** |

*Bolded numbers reflect the paragraph number of the allegations contained within the specific count indicated.