**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AUTO DATA DIRECT, INC.,**

     **Plaintiff,**

**v.**                                             **Case No. 4:26-cv-39-AW-MAF**

**POSTR, LLC, et al.,**

     **Defendants.**

_____/

## ORDER GRANTING MOTION FOR PROTECTIVE ORDER

The joint motion for entry of a protective order (ECF No. 23) is GRANTED.

The proposed order (ECF No. 23-1) is adopted and incorporated into this order as if

fully restated here.

SO ORDERED on May 7, 2026.

s/ *Allen Winsor*_____
Chief United States District Judge