**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**AUTO DATA DIRECT, INC.,**

     **Plaintiff,**

**v.**                                **Case No. 4:26-cv-39-AW-MAF**

**POSTR, LLC, et al.,**

     **Defendants.**

_____/

## ORDER DENYING MOTION FOR ORAL ARGUMENT

Today, the court issued an order granting in part and denying in part Defendants' motion to dismiss. ECF No. 28. After the court submitted that order to the clerk for filing, but before the order was docketed, Defendants filed a "motion to request oral argument on Defendants' motion to dismiss." That motion (ECF No. 27) is DENIED as moot.

SO ORDERED on July 20, 2026.

s/ *Allen Winsor*
Chief United States District Judge